UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONTINENTAL BANK,

    Plaintiff,

v.     Case No. 8:10-cv-1864-T-33EAJ

CHRISTOPHER J. DOYLE, DONNA J.
DOYLE, MONINA DOYLE, and BRADLEY
J. ROCKWOOD,

    Defendants.
_____/

## **ORDER**

This matter is before the Court pursuant to Defendants Donna J. Doyle and Bradley J. Rockwoood's Suggestion of the Pendency of Bankruptcy Proceedings Under Chapter 7 of the Bankruptcy Code (Doc. # 35), filed on March 15, 2012. Donna J. Doyle and Bradley J. Rockwood filed for protection under the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division under case 8:12-bk-3616, on March 13, 2012.

Accordingly, pursuant to 11 U.S.C. § 362, it is now

**ORDERED, ADJUDGED,** and **DECREED**:

(1) This case is **STAYED** and **ADMINISTRATIVELY CLOSED** as to Defendants Donna J. Doyle and Bradley J. Rockwood. No further action will be taken until such time as the United States Bankruptcy Court lifts the stay or the stay otherwise lapses.

(2) Defendants shall advise this Court, in writing, as to the status of the proceedings in the United States Bankruptcy Court **on or before May 16, 2012,** and every **SIXTY (60) DAYS** thereafter.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 16th day of March, 2012.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record